UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CORNEILO VILLEGAS,

    Plaintiff,

v.                      Case No. 06-13625

COMMISSIONER OF         HONORABLE AVERN COHN
SOCIAL SECURITY,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION
## AND
## GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
## AND
## DISMISSING CASE

I.

This is a social security case. In 2006, plaintiff Cornelio Villegas, who is proceeding pro se, appeals from the final determination of the Commissioner of Social Security (Commissioner) that he is not disabled and therefore not entitled to disability insurance benefits. The matter was referred to a magistrate judge for all pretrial proceedings. The Commissioner filed a motion for summary judgment, to which plaintiff did not respond. The magistrate judge issued a report and recommendation (MJRR) recommending that the Commissioner's motion be granted.

II.

Neither party has filed objections to the MJRR. Having carefully reviewed the

record and the MJRR, the Court agrees with the magistrate judge that there is substantial evidence that plaintiff retained the residual functional capacity for a limited range of sedentary work.

Accordingly, the findings and conclusions of the magistrate judge are adopted as the findings and conclusions of the Court. The Commissioner's motion for summary judgment is GRANTED. This case is DISMISSED.

SO ORDERED.

        s/Avern Cohn
        AVERN COHN
        UNITED STATES DISTRICT JUDGE

Dated: February 15, 2007

I hereby certify that a copy of the foregoing document was mailed to the parties and Corneilo Villegas, 1342 Merrill Street, Saginaw, MI 48601 of record on this date, February 15, 2007, by electronic and/or ordinary mail.

        s/Julie Owens
        Case Manager, (313) 234-5160